UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>KUMO LINK LLC, d/b/a Onsen,<br><br>                    Defendant. | ECF CASE<br><br>No.: 1:20-cv-05823 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  April 1, 2021
            New York, New York

                              LIPSKY LOWE LLP

                              s/ Douglas B. Lipsky
                              Douglas B. Lipsky
                              420 Lexington Avenue, Suite 1830
                              New York, New York 10170-1830
                              doug@lipskylowe.com
                              212.392.4772

                              *Attorneys for Plaintiff*